# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVIVSION

JEREMY S. HADDER
#158025                                                               PLAINTIFF

v.                       No. 2:17-cv-199-DPM

ESSIE CLAY, Administrator, Lee County
Jail; NEAL BIRD, Sheriff, Phillips County;
DARREYL WINSTON, Chief Deputy, Phillips
County Sheriff's Department; TODD MURRAY,
Prosecutor, Phillips County; and CHARLES BIRD,
Helena/West Helena Police Department              DEFENDANTS

## ORDER

Hadder hasn't filed an amended complaint; his mail is being returned undelivered. № 4 & 5–7. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 January 2018