IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVIVSION

JEREMY S. HADDER
#158025                                                                    PLAINTIFF

v.                          No. 2:17-cv-199-DPM

ESSIE CLAY, Administrator, Lee County
Jail; NEAL BIRD, Sheriff, Phillips County;
DARREYL WINSTON, Chief Deputy, Phillips
County Sheriff's Department; TODD MURRAY,
Prosecutor, Phillips County; and CHARLES BIRD,
Helena/West Helena Police Department                DEFENDANTS

## JUDGMENT

Hadder's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 January 2018